AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Michael Vaccaro
15 Old Carriage Path, Groton, MA

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 05-819 MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 1, 2004 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

by means of fire, destroy or attempt to destroy a building and personal property used in interstate commerce and in activities affecting interstate commerce

in violation of Title 18 United States Code, Section(s) 844(i).

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: [X] Yes  [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-05-2005  @ 10:40 AM                         at          Boston, MA
Date                                                       City and State

Marianne B. Bowler
U.S. Magistrate Judge                          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.