UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **v.** | ) ) ) | MJ No. 05-819-MBB |
| **MICHAEL VACCARO** | ) ) | |

## NOTICE OF APPEARANCE

Please enter the Appearances of Jeffrey A. Denner and R. Bradford Bailey on behalf of Michael Vaccaro in the above-captioned case.

Dated: June 3, 2005

Respectfully submitted,
Michael Vaccaro
By his attorney,

_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800